Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE VALENZUELA, et al.,<br><br>Defendants. | Case No. 4:19-cv-02785-JSW<br><br>PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT<br><br>Date:  To Be Set By The Court<br>Time:  9:00 a.m.<br>Court: Courtroom 5, Second Floor<br>Judge: Hon. Jeffrey S. White |

TO THE HONORABLE COURT, THE DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date to be set by the Court at 9:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 5 (Second Floor) of the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media (hereinafter "Plaintiff"), by and through counsel, will present its Application for Default Judgment by the Court and against Defendants Felipe Valenzuela, individually and d/b/a Mancora Cebicheria and

///

Mancora Cebicheria, Corporation, an unknown business entity d/b/a Mancora Cebicheria (hereinafter "Defendants").

1. Default was entered against Defendants on March 1, 2021. (Dkt. No. 46).

2. Default was entered pursuant to an Order of this Court granting Plaintiff's Motion to Strike Defendants' Answer and Enter Default. (Dkt. No. 45)

3. After the entry of default, Federal Rule of Civil Procedure 55(b) provides that default judgment may be entered by the Court upon application of the Plaintiff. Fed. R. Civ. P. 55(b)(2).

4. At the time and place of hearing, Plaintiff will present proof of the following matters:

   a. Defendants are not infants or incompetent persons, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003; and,

   b. Notice of this Application for Default Judgment by the Court and related documents were served on the Defendants;

   c. Plaintiff is entitled to judgment against the Defendants on the claims pled in the complaint. To wit:

   d. Plaintiff is entitled to judgment against the Defendants on the claims pled in the complaint. To wit:

   1) By contract, Plaintiff paid for the proprietary rights to distribute the *Peru v. Scotland, International Friendly Soccer Game,* telecast nationwide on Tuesday, May 29, 2018 (hereinafter referred to as the "Program").

   2) With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, Defendants and/or their agents, servants, workmen, and/or employees, did unlawfully intercept, receive and

        thereafter exhibit the *Program* at the time of its transmission at the address of the establishment doing business as Mancora Cebicheria, a food and drink establishment operated by Defendants, and located at 2191 South El Camino Real, San Mateo, California 94403 (as more fully detailed in the *Declaration of Affiant* filed herewith).

        3)    The unauthorized reception, interception and/or exhibition of the *Program* by the Defendants was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

        4)    The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. § 605, *et seq.* and Title 47 U.S.C. § 553, *et seq.*

        5)    By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendants tortiously obtained possession of the *Program* and wrongly converted same to his own use and benefit.

    5.    Plaintiff seeks Judgment in its favor and against the Defendant for violations of 47 U.S.C. §§ 553(c)(3)(A)(ii) and (c)(3)(B) in the amounts of $3,000 and $18,000, respectively. Plaintiff addresses this Court's authority to find liability and award damages under 47 U.S.C. § 553 in the accompanying Memorandum of Points and Authorities.

    6.    Plaintiff also seeks damages for conversion in the amount of $1,000.00.

    7.    By and through this Motion, Plaintiff also seeks the opportunity to submit evidence in support of its recovery of attorneys' fees and relevant costs incurred as provided pursuant to 47 U.S.C. § 553, *et seq.*

///

///

1                  Respectfully submitted,

2

3 Dated: June 4, 2021          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
4                  By: Thomas P. Riley
5                  Attorneys for Plaintiff
                 Innovative Sports Management, Inc.,
6                  d/b/a Integrated Sports Media

7 ///

8 ///

9 ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

# PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 4, 2021, I caused to serve the following document entitled:

PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Felipe Valenzuela (Defendant)
Mancora Cebicheria, Corporation (Defendant)
2191 S. El Camino Real
San Mateo, CA 94403

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 4, 2021, at South Pasadena, California.


Dated:  June 4, 2021                /s/ *Karla Diaz*
                                    KARLA DIAZ

///

///

///

///

///

///

///