UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE VALENZUELA, et al.,<br><br>Defendants. | Case No. 19-cv-02785-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 57 |

On October 8, 2021, this Court adopted the recommendation by Magistrate Judge Joseph C. Spero to award default judgment against the Defendants in this case and ordered that Plaintiff file a motion for attorneys' fees and costs, which was also referred to Magistrate Judge Spero. The Court has received the Magistrate's separate Report and Recommendation ("Report") regarding Plaintiff's motion for attorneys' fees and costs. (Dkt. No. 57.) The time for filing objections to the Report has passed, and the Court has not received any objections. The Court finds the Report thorough and well-reasoned and adopts it in every respect.

Accordingly, the Court HEREBY GRANTS Plaintiff's motion and awards attorneys' fees in the amount of $4,750 and $625 in costs (for a total of $5, 375).

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
JEFFREY S. WHITE
United States District Judge